# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129341(34)

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE

_____

WAYNE COUNTY TREASURER,
        Petitioner,
and

MATTHEW TATARIAN and MICHAEL KELLY,
        Intervening Parties-Appellants,

v

PERFECTING CHURCH,
        Respondent-Appellee.

_____

SC:    129341
CoA:  261074
Wayne CC: 02-220192-PZ

On order of the Chief Justice, the motion by the Michigan Association of County Treasurers for leave to file a brief *amicus curiae* in this case is GRANTED. The request for leave to participate in oral argument is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2006

_____
Clerk